FILED
CLERK, U.S. DISTRICT COURT
August 6, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOEDON BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | Case No. 5:19-CV-01645-SB-KK<br>*[District Judge Stanley Blumenfeld, Jr., Magistrate Judge Kenly Kiya Kato]*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF OPERATIVE COMPLAINT**<br><br>Complaint Filed:　08/28/2019<br>Trial Date:　　　10/18/2021 |

　　　Pursuant to the stipulation of parties to this action and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is hereby dismissed with prejudice.

　　　**IT IS SO ORDERED.**

DATED: August 6, 2021

　　　　　　　　　　　　　　　**Hon. Stanley Blumenfeld, Jr.**
　　　　　　　　　　　　　　　**United States District Court Judge**